United States District Court
Western District of New York

Gregory Ramos                                    Case No. 24-cv-06325

   v.

Tina Shearman et al.,


The Court ordered on April 22 and June 10, 2025, that if Plaintiff would choose to file a motion for appointment of counsel it would entertain that motion. On 7/10/2025, that motion was granted. Now more than a month no info has been relayed. Is there anything more that needs to be done and if so may that process be relayed.
Thank You For Your Prompt Attention To This Matter.

                              Sincerely,
                              Gregory Ramos #26892-055
                              Canaan U.S.P.
                              P.O. Box 400
                              Waymart, PA 18472

Canaan U.S.P.
P.O. Box 400
Waymart, PA 18472
Gregory Ramos #26892-055

HARRISBURG PA 171

30 SEP 2025 PM 1 L

U.S. District Court Clerk
Western District of New York
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614

USDC-WDNY
OCT - 3 2025
ROCHESTER

Legal Mail

14614-136899



THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS